O. Send

FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: MJ 07-01465
                                    )
                Plaintiff,          )   ORDER OF DETENTION
                                    )
        vs.                         )   [Fed. R. Crim. P. 32.1(a)(6);
                                    )   18 U.S.C. § 3143(a)]
                                    )
                                    )
                Defendant.          )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _record before the Court_

and/or

B.  (✓   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _record before the Court._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _September 4, 2007_

_____
UNITED STATES MAGISTRATE JUDGE